United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 20-00765-HWV

Sheila L. Steinhoff                                Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                               Page 1 of 3
Date Rcvd: Feb 24, 2023                        Form ID: 3180W                          Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila L. Steinhoff, 32 Oriole Circle, Felton, PA 17322-9213 |
| 5307140 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5391679 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5319046 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 5307149 | + | TIAA Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 5311715 | + | TIAA, FSB, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5319856 | + | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Feb 24 2023 23:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5311971 | + | EDI: BANKAMER2.COM | Feb 24 2023 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5307139 | | EDI: BANKAMER.COM | Feb 24 2023 23:49:00 | Bank of America, NA, PO Box 982238, El Paso, TX 79998-2238 |
| 5325814 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 24 2023 18:41:00 | CSMC 2019-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5319423 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 18:56:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5307141 | + | EDI: CITICORP.COM | Feb 24 2023 23:49:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5307142 | | EDI: WFNNB.COM | Feb 24 2023 23:49:00 | Comenity Bank / Bon-Ton, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5307143 | + | Email/Text: bankruptcy@fult.com | Feb 24 2023 18:41:00 | Fulton Bank, NA, 1 Penn Square, PO Box 4887, Lancaster, PA 17604-4887 |
| 5326326 | | EDI: JEFFERSONCAP.COM | Feb 24 2023 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5307144 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Feb 24 2023 18:41:00 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 5462738 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2023 18:41:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5462739 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2023 18:41:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342, PNC Bank, National Association, Attn: |

| Recip ID | Bypass/Method | Date | Name and Address |
|---|---|---|---|
| 5323130 | EDI: PRA.COM | Feb 24 2023 23:49:00 | Bankruptcy Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5307145 | + Email/Text: bknotice@raslavrar.com | Feb 24 2023 18:41:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5307318 | + EDI: RMSC.COM | Feb 24 2023 23:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5307146 | EDI: RMSC.COM | Feb 24 2023 23:49:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |
| 5307147 | EDI: RMSC.COM | Feb 24 2023 23:49:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5307148 | + EDI: LCITDAUTO | Feb 24 2023 23:49:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 5307149 | ^ MEBN | Feb 24 2023 18:39:26 | TIAA Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 5394687 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 24 2023 18:41:00 | TIAA FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452, TIAA FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5394686 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 24 2023 18:41:00 | TIAA FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5319116 | + EDI: LCIFULLSRV | Feb 24 2023 23:49:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5321130 | EDI: USBANKARS.COM | Feb 24 2023 23:49:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5323070 | EDI: AIS.COM | Feb 24 2023 23:49:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5326666 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor TIAA FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB ecfmail@mwc-law.com |
| Martin A Mooney | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Sheila L. Steinhoff pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sheila L. Steinhoff | Social Security number or ITIN xxx–xx–6458 |
| | First Name Middle Name Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00765–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sheila L. Steinhoff

2/24/23

**By the court:** /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2